EDWARD P MILLS et al. *v.* HUNTINGTON R. KENYON, Appellant; TRUMAN C. WHITE, Respondent.

*Mills* v. *Kenyon,* 90 Hun, 606, affirmed.
(Argued March 21 1899; decided April 18, 1899.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the fifth judicial department, entered October 24, 1895, affirming an interlocutory judgment in partition entered upon a decision of the court on trial at Special Term, and an order resettling the judgment.

*Edward C. Randall* for appellant.

*Eugene M. Bartlett* for respondent.

Appeal from order dismissed and judgment affirmed, with costs; no opinion.
All concur.

---

JOSEPH L. RUSLING, Respondent, *v.* UNION PIPE AND CONSTRUCTION COMPANY, Appellant.

*Rusling* v. *Union Pipe & Construction Co.,* 5 App. Div. 448, affirmed.
(Submitted March 21, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 3, 1896, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Frederick G. Dow* for appellant.

*Merritt E. Haviland* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except O'BRIEN and VANN, JJ., not voting.